**Dismissed and Opinion Filed October 25, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00459-CV

### C. HUTCHINSON/J. CORBETT, Appellants
### V.
### LAWSUIT LENDING NOW, LLC., ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00138**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The docketing statement and clerk's record in this case are past due. By postcard dated April 20, 2016, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated August 4, 2016, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation they had been found entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed,

appellants have not provided the required documentation, nor have appellants otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

160459F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

C. HUTCHINSON/J. CORBETT,
Appellants

No. 05-16-00459-CV          V.

LAWSUIT LENDING NOW, LLC., ET
AL., Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-00138.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee LAWSUIT LENDING NOW, LLC., ET AL. recover its costs of this appeal from appellant C. HUTCHINSON/J. CORBETT.

Judgment entered October 25, 2016.